IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.,<br><br>Defendants. | Civil Action No. 10-C-1087 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Evan B. Westerfield of Sidley Austin LLP appears for NCR Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Westerfield at evanwesterfield@sidley.com.

Dated this 20th day of December 2010.

/s/ Evan B. Westerfield
Evan B. Westerfield
Illinois Bar Number 6217037
Admitted in the E.D. of Wisconsin
Attorney for Defendant, NCR Corporation

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036
evanwesterfield@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.,<br><br>Defendants. | Civil Action No. 10-C-1087 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day of December 20, 2010, a true and correct copy of the foregoing Notice of Appearance was filed electronically via the Electronic Court Filing system and is available for viewing and downloading.

/s/ Evan B. Westerfield

Evan B. Westerfield
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036
evanwesterfield@sidley.com