## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | | |
|---|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 10-C-1087 |
| v. | ) | |
| | ) | |
| NCR CORPORATION and INTERNATIONAL PAPER CO., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric W. Ha of Sidley Austin LLP appears for NCR

Corporation in this action.  Please serve all further pleadings, correspondence, and other papers

on the undersigned at the address stated below.  Please direct all ECF notices to Attorney Ha at

eha@sidley.com.

Dated this 20th day of December 2010.

/s/ Eric W. Ha _____
Eric W. Ha
Illinois Bar Number 6280147
Admitted in the E.D. of Wisconsin
Attorney for Defendant, NCR Corporation

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036
eha@sidley.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

| | | |
|---|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action No. 10-C-1087 |
| v. | ) ) | |
| NCR CORPORATION and INTERNATIONAL PAPER CO., | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this day of December 20, 2010, a true and correct copy of the foregoing Notice of Appearance was filed electronically via the Electronic Court Filing system and is available for viewing and downloading.

/s/ Eric W. Ha
Eric W. Ha
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036
eha@sidley.com

2