IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.,<br><br>Defendants. | Civil Action No. 10-C-1087 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Margaret R. Sobota of Sidley Austin LLP appears for NCR Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Sobota at msobota@sidley.com.

Dated this 20th day of December 2010.

/s/ Margaret R. Sobota
Margaret R. Sobota
Illinois Bar Number 6287447
Admitted in the E.D. of Wisconsin
Attorney for Defendant, NCR Corporation

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036
msobota@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-C-1087<br>)<br>) |
| NCR CORPORATION and INTERNATIONAL PAPER CO., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day of December 20, 2010, a true and correct copy of the foregoing Notice of Appearance was filed electronically via the Electronic Court Filing system and is available for viewing and downloading.

                                                  /s/ Margaret R. Sobota

                                                  Margaret R. Sobota
                                                  SIDLEY AUSTIN LLP
                                                  One South Dearborn Street
                                                  Chicago, Illinois 60603
                                                  (312) 853-7000
                                                  Fax: (312) 853-7036
                                                  msobota@sidley.com