IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 10-C-1087 ) |
| NCR CORPORATION and INTERNATIONAL PAPER CO., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sandra C. Goldstein of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-captioned case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Goldstein at sgoldstein@cravath.com.

/s/ Sandra C. Goldstein
Sandra C. Goldstein
New York Bar No. 2198745
Admitted in the Eastern District of Wisconsin

*Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 100019
Tel: (212) 474-1000
Fax: (212) 474-3700
sgoldstein@cravath.com