IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.,<br><br>    Defendants. | Civil Action No. 10-C-1087 |

---

**DEFENDANT NCR CORPORATION'S MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a)**

---

Defendant NCR Corporation ("NCR"), by and through its undersigned counsel, respectfully submits this Motion to Transfer the present action, No. 10-C-01087, filed by Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC ("GP"), to the United States District Court for the Western District of Michigan. The grounds for this Motion are set forth in NCR's Memorandum of Law in Support of Its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). Contemporaneously, NCR is also submitting a Civil L. R. 7(h) Expedited Non-Dispositive Motion to Stay Proceedings pending the resolution of this Motion.

WHEREFORE, NCR respectfully requests that the Court grant this Motion and transfer the action to the Western District of Michigan.

Dated: January 18, 2011                    Respectfully submitted,

                                           CRAVATH, SWAINE & MOORE LLP,

                                              by
                                                        /s/ Evan R. Chesler
                                                         Evan R. Chesler
                                                        (NY Bar No. 1475722)

                                              Sandra C. Goldstein (NY Bar No. 2198745)
                                              Darin P. McAtee (NY Bar No. 2564755)*
                                                 Worldwide Plaza
                                                   825 Eighth Avenue
                                                    New York, NY 10019
                                                       Phone: (212) 474-1000
                                                          Fax: (212) 474-3700

                                           *Attorneys for NCR Corporation*


                                           OF COUNSEL:

                                           SIDLEY AUSTIN LLP
                                           Kathleen L. Roach (IL Bar No. 6191432)
                                           Evan B. Westerfield (IL Bar No. 6217037)
                                              One South Dearborn Street
                                                 Chicago, Illinois 60603
                                                    Phone: (312) 853-7000
                                                       Fax: (312) 853-7036

                                           MARTEN LAW PLLC
                                           Linda R. Larson (WA Bar No. 9171)
                                           Bradley M. Marten (WA Bar No. 13582)
                                              1191 Second Avenue
                                                 Suite 2200
                                                    Seattle, WA 98101
                                                       Phone: (206) 292-2600
                                                          Fax: (206) 292-2601

                                           *Application for admission in the Eastern
                                           District of Wisconsin pending*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2011, I electronically filed Defendant NCR Corporation's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) using the ECF system, which will send notification of such filing by operations of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                /s/ Evan R. Chesler
                Evan R. Chesler