# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

GEORGIA-PACIFIC CONSUMER PRODUCTS LP,  )
FORT JAMES CORPORATION, and  )
GEORGIA-PACIFIC LLC,  )
  )
        Plaintiffs,  )
  )    Civil Action No. 10-C-1087
        v.  )
  )
NCR CORPORATION and  )
INTERNATIONAL PAPER CO.,  )
  )
        Defendants.  )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Darin P. McAtee of Cravath, Swaine & Moore LLP

hereby appears for NCR Corporation in the above-captioned case.  Please serve all further

pleadings, correspondence and other papers on the undersigned at the address stated below.

Please direct all ECF notices to Attorney McAtee at dmcatee@cravath.com.


/s/ Darin P. McAtee
Darin P. McAtee


*Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 100019
Tel: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com