**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>NCR CORPORATION )<br>and )<br>INTERNATIONAL PAPER CO., )<br>)<br>Defendants. )<br>) | Civil Action No. 10-CV-01087 |

_____

**INTERNATIONAL PAPER COMPANY'S DISCLOSURE STATEMENT**
_____

The undersigned, counsel of record for Defendant International Paper Company, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. I represent International Paper Company ("International Paper").

2. International Paper is a corporation. No publicly-held company owns ten percent or more of International Paper's stock.

3. The names of all law firms whose attorneys will appear, or are expected to appear, on behalf of International Paper in this Court are:

    a. Michael Best & Friedrich LLP;

    b. Bingham McCutchen LLP

Dated this 17th day of February, 2011

Respectfully Submitted,


s/ Ian A. J. Pitz
Ian A.J. Pitz, SBN 1031602


**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
Phone: (608) 257-3501
Fax: (608) 283-2275
Email: iapitz@michaelbest.com


*An application for admission in the United States District Court for the Eastern District of Wisconsin for the following counsel was sent on February 15, 2011:*

Rick R. Rothman
California State Bar No. 142437
**BINGHAM McCUTCHEN LLP**
355 South Grand Ave
Suite 4400
Los Angeles, CA 90071
Phone: (213) 680-6400
Fax: (213) 680-6499
Email: rick.rothman@bingham.com

*Attorneys for Defendant International Paper*