# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC<br><br>Plaintiffs,<br><br>v.<br><br>NCR CORPORATION and INTERNATIONAL PAPER CO.,<br><br>Defendants. | Civil Action No. 10-CV-01087 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rick R. Rothman of Bingham McCutchen LLP has been retained as counsel for Defendant International Paper Company in connection with this lawsuit. All pleadings, correspondence, and communications of whatever kind must be served upon Mr. Rothman at the address noted below.

BINGHAM MCCUTCHEN LLP

s/ Rick R. Rothman
Rick R. Rothman, CA SBN 142437
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Phone: (213) 680-6590
Fax: (213) 680-6499
Email: rick.rothman@bingham.com

Dated: February 18, 2011