IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION and INTERNATIONAL PAPER CO., <br><br> Defendants. | Civil Action No. 10-C-1087 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jan M. Conlin of Robins, Kaplan, Miller & Ciresi L.L.P. hereby appears for Georgia-Pacific Consumer Products LP; Fort James Corporation; and Georgia-Pacific LLC in the above-entitled case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Jan M. Conlin at jmconlin@rkmc.com.

Date: March 11, 2011

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Jan M. Conlin
    Jan M. Conlin
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500

**Attorneys for Plaintiffs Georgia-Pacific Consumer Products, LP; Fort James Corporation; and Georgia-Pacific LLC**

82057486.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Wisconsin, Green Bay Division, by using CM/ECF.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by using the Court's CM/ECF system.

/s/ Jan M. Conlin
Jan M. Conlin