IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| GEORGIA PACIFIC CONSUMER PRODUCTS LP, FORT JAMES CORPORATION, and GEORGIA-PACIFIC LLC | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 10-C-01087<br>)<br>) |
| NCR CORPORATION and INTERNATIONAL PAPER CO., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joan Radovich withdraws as counsel of record for Defendant NCR Corporation, and is to be removed from the service list in this case.

Respectfully submitted,

/s/ Kathleen L. Roach

SIDLEY AUSTIN LLP
Kathleen L. Roach (IL Bar No. 6191432)
Evan B. Westerfield (IL Bar No. 6217037)
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
kroach@sidley.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (NY Bar No. 1475722)
Sandra C. Goldstein (NY Bar No. 2198745)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

MARTEN LAW PLLC
Linda R. Larson (WA Bar No. 9171)
Bradley M. Marten (WA Bar No. 13582)
1191 Second Avenue
Suite 2200
Seattle, WA 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

*Attorneys for NCR Corporation*

Dated: March 21, 2011